IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN A. KING,<br><br>    Appellant,<br><br>v.<br><br>RENEE BLACKWOOD et al.,<br><br>    Appellees. | CIVIL ACTION NO.<br><br>CV-10-AR-2074-S<br><br>BANKRUPTCY CASE NO.<br><br>07-5364-TBB-7 |

### MEMORANDUM OPINION

Appellant's response to the court's show cause order of August 26, 2010, is woefully inadequate. Appellant's brief was due on August 12, 2010. Appellant not only admits an "inexplicable lapse" by counsel, but not until the last day did appellant respond to the show cause order, requesting an extension to September 10, 2010, to file the conspicuously absent brief. Appellant is incorrect in alleging that appellees would not be prejudiced by allowing the requested elongation of the briefing schedule. The whole episode is inexplicable. A separate order of dismissal will be entered.

DONE this 3rd day of September, 2010.

_WILLIAM M. ACKER, JR._
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _Kathy Englebert_
DEPUTY CLERK